IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| THOMAS THOMPSON | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:08cv82 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Petitioner Thomas Thompson, proceeding *pro se*, filed this application for the writ of habeas corpus complaining of the legality of his conviction. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Thompson was convicted of driving while intoxicated, receiving a sentence of 12 years in prison. He complained in his federal habeas petition that his rights under the Fourth Amendment, the Fourteenth Amendment, and the Confrontation Clause were violated.

The Magistrate Judge ordered the Respondent to answer the petition, and Thompson filed a response to the answer. The Magistrate Judge also received copies of the state court records. After review of the records and the pleadings, the Magistrate Judge issued a Report on January 26, 2009, recommending that the petition be dismissed with prejudice and that the Petitioner be denied a certificate of appealability *sua sponte*. Thompson filed a motion for extension of time in which to file objections, which was granted, but no objections were filed; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal

1

conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings and records in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled application for the writ of habeas corpus be and hereby is DISMISSED with prejudice. It is further

ORDERED that the Petitioner Thomas Thompson is hereby DENIED a certificate of appealability *sua sponte*. Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**So ORDERED and SIGNED this 26th day of March, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**